UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ELIZABETH HOESTEN,

Plaintiff,

- against -

ACCESS CLINICAL PARTNERS, LLC d/b/a GOHEALTH URGENT CARE, IRENE HOLDEN, *Individually*, and NATALIE FLEISCHER, *Individually*,

Defendants.

---------------------------------------------------------------X

Case No. 2:25-CV-3924

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE,** that the undersigned attorney is from the law offices of Gordon Rees Scully Mansukhani LLP, and hereby files this Notice of Appearance in the above-referenced matter as counsel for Defendant, REID CPAs, LLP, f/k/a G.R. REID ASSOCIATES, LLP, in this matter, and requests that copies of all papers be served upon:

Mercedes Colwin, Esq.
Gordon Rees Scully Mansukhani, LLP
*Attorneys for Defendants*
*ACCESS CLINICAL PARTNERS, LLC d/b/a GOHEALTH URGENT CARE, IRENE HOLDEN and NATALIE FLEISCHER*
One Battery Park Plaza, 28th Floor
New York, New York 10004
Mcolwin@grsm.com

Dated: New York, New York
October 7, 2025

Respectfully Submitted,

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

By: *_/s/ Mercedes Colwin*
Mercedes Colwin, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
fgiambalvo@grsm.com
*Attorney for Defendants*

To: All Attorneys of Record (*via* ECF)