MERCEDES COLWIN
MCOLWIN@GRSM.COM

JACOB IDE
JIDE@GRSM.COM



February 6, 2026

**VIA ECF**
Hon. Anne Y. Shields
United States District Court
Eastern District of New York
Courtroom 840
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Hoesten v. Access Clinical Partners, LLC et al.*
             **Case No: 2:25-cv-03924-JMA-AYS**

Dear Judge Shields:

      This office represents Defendants Access Clinical Partners, LLC d/b/a GoHealth Urgent Care ("ACP"), Irene Holden ("Holden"), and Natalie Fleischer ("Fleischer") (collectively, "Defendants") in the matter referenced above. Defendants write jointly with Plaintiff Elizabeth Hoesten ("Plaintiff"), represented by Zachary Randall, Esq., to provide a joint status report pursuant to the Parties' joint letter filed with the Court on November 14, 2025 ("Joint Letter") (ECF No. 16).

      On November 14, 2025, the Parties filed a Joint Letter stating that the Parties would exchange paper discovery without the necessity for formal document requests by January 14, 2026. (ECF No. 16). The Parties further agreed to exchange certain documents related to Plaintiff's wage-and-hour claims, as outlined in the Court's discovery schedule for cases involving the Fair Labor Standards Act ("FLSA"), by January 30, 2026 (ECF No. 16-2). The Parties' Joint Letter further proposed that the Parties would file a joint status letter by January 30, 2026 (ECF No. 16). During the initial conference with the Court held on November 18, 2025, the Court approved and adopted the Parties' proposed discovery schedule, and further directed the Parties to complete the Court's Employment Protocols (*See* November 18, 2025 Text Order regarding scheduling).

      The Parties have since exchanged paper discovery pursuant to the Court's Employment Protocols and discovery schedule for cases involving the FLSA. Specifically, Plaintiff served documents responsive to the Court's Employment Protocols on December 19, 2025, and Defendants served documents responsive to the Court's Employment Protocols on January 25, 2026. The Parties will continue to adhere to the discovery schedule outlined in the Parties' Joint Letter. Specifically, Plaintiff will provide responses to the Court's interrogatories to Defendants by February 13, 2026. Finally, the Parties will have a meet and confer by March 16, 2026 and will file a joint status report by March 23, 2026.

      The parties and their counsel thank the Court for its time.



MERCEDES COLWIN
MCOLWIN@GRSM.COM

JACOB IDE
JIDE@GRSM.COM

          Respectfully submitted,

          Gordon Rees Scully Mansukhani, LLP

          */s/ Mercedes Colwin*
          Mercedes Colwin, Esq.
          Jacob S. Ide, Esq.

cc:     Zachary Randall (*via ECF*)
          *Attorneys for Plaintiff*